

**U.S. Department of Justice**

Antitrust Division

*New York Field Office*

26 Federal Plaza   (O)212-335-8026
Room 3630   (F)212-335-8023
New York, New York 10278-0140

August 20, 2012

**SO ORDERED**

The sentencing is adjourned to December 18, 2012 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

BY FAX

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re: *United States v. Stephen McAnulty*, 09 Cr. 352 (GBD)

Dear Judge Daniels:

The sentencing in the above-referenced matter was recently transferred to your Honor. The defendant, Stephen McAnulty, appeared before you as a witness in the trial of *United States v. Michael Yaron, et. al.*, S2 10 Cr. 363 (GBD). The parties are ready to go forward with the sentencing and respectfully request that you direct probation to prepare a pre-sentence report. The parties further request that the sentencing, presently scheduled to occur on September 12, 2012, be adjourned for at least 90 days in order to allow probation to complete its report.

Respectfully submitted,

STEPHEN J. McCAHEY
Attorney
Antitrust Division

cc: Michael F. Bachner, Esq. (By E-Mail)