

**U.S. Department of Justice**

Antitrust Division

_____

*New York Field Office*

26 Federal Plaza    (O)212-335-8026
Room 3630    (F)212-335-8023
New York, New York 10278-0140

November 7, 2012

BY FAX

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

**SO ORDERED**
The conference is scheduled for January 15, 2013 at 10:00 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: *United States v. Stephen McAnulty*, 09 Cr. 352 (GBD)

Dear Judge Daniels:

    The sentencing of the defendant in the above-referenced matter was recently transferred to your Honor and sentencing is scheduled for December 18, 2012. Due to the disruption and closures caused by Hurricane Sandy, the Presentence Report has not yet been completed. As a result, the parties request that the sentencing be adjourned to the week of January 14, 2013, in order for probation to complete its report, as well as to allow time for the parties to review it and submit any objections they may have.

                                  Respectfully submitted,

                                    STEPHEN J. McCAHEY
                                    Attorney
                                    Antitrust Division

cc: Michael F. Bachner, Esq. (By E-Mail)